**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF THE APPLICATION   :   No. 100 WM 2016
OF MARIA ANTOINETTE PEDRAZA,      :
ESQ.                                        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2016, the Motion for Extension of Admission to Practice Law Pursuant to Pa.B.A.R. 311(g) is **GRANTED**. Petitioner's admission per Rule 311 of the Bar Admission Rules is extended until June 30, 2017, so as to afford her time to seek full admission to this Commonwealth's bar. No further extensions will be granted.